UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                   Plaintiff,

-against-

Brandi Jones,

                   Defendant.

7:21-MJ-8355(MRG)

**JUDGMENT**

---

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on August 26, 2021. The Court thereafter accepted the defendant's plea of guilty in full satisfaction to a reduced charge of Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law as assimilated under Federal Statute.

IT IS ORDERED, ADJUDGED AND DECREED that the defendant pay a fine of $50.00 by September 28, 2021, or appear before this Court on September 29, 2021, to show cause why the fine was not paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge